# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEAN PRICE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-13-71-F |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), the court hereby dismisses this action with prejudice;  The court retains jurisdiction over the parties and the subject matter for the purpose of enforcement of the parties' settlement agreement, the terms of which are adopted and incorporated herein, by summary process if necessary and appropriate.

Dated this 11th day of July, 2013.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

13-0071p005.PO.wpd